**IMBLUM LAW OFFICES, P.C.**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 12, 2018

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Carla J. Dente-Clark
Chapter 13, Bankruptcy Case No. 1:12-bk-05308

Dear Clerk:

Please be advised that the address for Carla J. Dente-Clark has changed to the following:

5135 Winthrop Avenue
Mechanicsburg, PA 17050

The Debtor's <u>previous</u> address was as follows:

1585 Revenue Drive
Mechanicsburg, PA 17050

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cvs

cc: Charles J. DeHart, III (Trustee)
Via E-Service